ACCEPTED
01-15-00762-cr
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/6/2015 5:15:19 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00762-CR

**In the
Court of Appeals
For the
First District of Texas
At Houston**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

11/6/2015 5:15:19 PM

CHRISTOPHER A. PRINE
Clerk

**No. 1421931
In the 248th District Court of
Harris County, Texas**

**SIDNEY DAUNELL DARRELL,**
*Appellant*

**v.**

**THE STATE OF TEXAS,**
*Appellee*

## MOTION FOR EXTENTION OF TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE COURT OF APPEALS OF TEXAS:

COMES NOW SIDNEY DAUNELL DARRELL, the Appellant in the above styled and numbered case, and in accordance with Rule 10.5(b) of the Texas Rules of Appellate Procedure, respectfully moves this Honorable Court to extend the time to file the Appellant's brief, and in support thereof would show the Court as follows:

1

## I.

The deadline for filing the Appellant's Brief in this case is November 6, 2015.

## II.

The Appellant requests a sixty (60) day extension for filing his Brief.

## III.

No other extensions have been requested.

## IV.

The facts relied upon to explain the need for this extension are: Undersigned counsel, in addition to reading the record of trial and preparing the Appellant's Brief, has been required to devote significant time to a number of state criminal matters over the past several weeks. Additionally, counsel for the Appellant has three other appeals due this month and is set to begin a murder trial next week.

WHEREFORE PREMISES CONSIDERED, the Appellant respectfully requests that this Honorable Court grant an extension of time until January 5, 2016 in which to file the Appellant's brief in this case.

Respectfully submitted,

KYLE R. SAMPSON
State Bar No. 00795634

917 Franklin, Suite 310

Houston, Texas 77002
(713) 337-1420
(713) 574-2749 (fax)
kyle@kylesampsonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Appellant's Motion for Extension of Time to File Appellant's Brief was electronically delivered to Mr. Alan Curry, Appellate Division Chief, Harris County District Attorney's Office, on this 6th day of November 2015.

KYLE R. SAMPSON